**2 PAGES**

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
KATHRYNE E. BALDWIN (SBN 311052)
kbaldwin@wilkefleury.com
KEVIN R. BONSIGNORE (SBN 313346)
kbonsignore@wilkefleury.com

400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for JAMES E. SALVEN, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re<br><br>HORISONS UNLIMITED,<br><br>Debtor. | Case No. 17-11824 |
|---|---|

**STIPULATION BETWEEN TRUSTEE AND THE UNITED STATES ON BEHALF OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES REGARDING CLASSIFICATION OF CLAIM**

James E. Salven, the duly appointed trustee in the above-captioned Chapter 7 case ("Trustee"), and the United States, on Behalf of the Department of Health and Human Services ("Creditor Department of Health and Human Services") hereby stipulate based on the following facts.

**I.**
**RECITALS**

A. Debtor Horisons Unlimited, ("Debtor") commenced this bankruptcy case as a Chapter 11 case on May 10, 2017;

B. The Bankruptcy Court entered an order converting the bankruptcy case to a case under Chapter 7 on August 13, 2017;

C. Trustee was appointed as Chapter 7 trustee on August 17, 2017

D. Creditor Department of Health and Human Services filed proof of claim No. 114-2 on April 2, 2018 asserting a general unsecured claim in the amount of $37,780.679.00. The proof of claim includes treble damages for an estimate of "False Claims Act liability estimate for Medicare/Medi-Cal damages (Federal Medi-Cal share only.)" (the "HHS Proof of Claim.")

E. Trustee has conferred with Creditor Department of Health and Human Services regarding the proper classification of the HHS Proof of Claim under Section 726 of the Bankruptcy Code.

## II.
## STIPULATION

WHEREFORE, Trustee and Creditor Department of Health and Human Services through counsel have agreed as follows:

1. The sum of $12,593,559.70 of the HHS Proof of Claim shall be treated as a general unsecured claim under Section 726(a)(3) of the Bankruptcy Code; and

2. The sum of $25,187,119.30 of the HHS Proof of Claim shall be treated as a subordinated unsecured claim under Section 726)a)(4) of the Bankruptcy Code.

DATED: September 9, 2019

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: [signature]
DANIEL L. EGAN
Attorneys for JAMES E. SALVEN, Trustee

DATED: September 9, 2019

UNITED STATES OF AMERICA, ON BEHALF OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES

By: Vincente Tennerelli
VINCENTE TENNERELLI
ASSISTANT UNITED STATES ATTORNEY