# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>    Horisons Unlimited<br><br>_____ Debtor(s) | ) Case Number: 17-11824-B-7<br>)<br>)<br>)<br>) |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Dilks & Knopik, LLC, seeking payment of funds previously unclaimed by Ruste Sasser in the above-entitled case. It appears from the application and supporting documentation that Dilks & Knopik, LLC as assignee to Ruste Sasser is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $1,130.39 from the Unclaimed Funds to:

        Dilks & Knopik, LLC as assignee to Ruste Sasser
        35308 SE Center St
        Snoqualmie, WA 98065-9216

The funds may be disbursed only after 14 calendar days from the entry of this court's order to allow for the appeal period to pass.

Dated: Oct 28, 2021

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

EDC 6-950 (Revised 9/25/19)